[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 13, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12164
Non-Argument Calendar

_____

D. C. Docket No. 06-00460-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BETTY SYLVESTER,
a.k.a. Betty Sanders,
a.k.a. Betty Boo,
DASHANE LAUREL,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Florida

_____

**(May 13, 2008)**

Before BIRCH, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Spiro T. Kypreos, appointed counsel for Betty Sylvester, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Sylvester's convictions and aggregate sentence are **AFFIRMED**.